IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SUZANNA K. NORTHCUTT,

    Plaintiff,

vs.                                    CASE NO. 5:05cv204/RS

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation (Doc. 23). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The decision of the Commissioner of Social Security is affirmed.

3. The clerk is directed to close the file.

ORDERED on November 6, 2006.

                                                        /S/ Richard Smoak
                                                        **RICHARD SMOAK**
                                                        **UNITED STATES DISTRICT JUDGE**